Exhibit C

FILED
2020 JUL -2 AM 11: 35
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Taylor's Rental Homes LP | CASE NO: 20-02389 |
| 482 Parris Island Gtwy #58 | CHAPTER: 13 |
| Beaufort SC 29906 | |
| 843-525-0913 | OBJECTION TO CONFIRMATION |
| | |
| IN RE: Woodrow Rivers Jr | |
| | |
| DEBTOR(S) | |

Comes now, the Chapter 13 CREDITOR AND LANDLORD, JENNIFER TAYLOR PETERSEN FOR TAYLOR'S RENTAL HOMES LP and objects to the Confirmation of the plan for the following reasons.

1. funding the case is not current, and does not include payment plan for payments currently due as well as payments for future time in household until eviction.
2. the applicable commitment period needs to be changed to be paid before the lease expires on August 26, 2020 not 18 months.

Wherefore, the CREDITOR AND LANDLORD, TAYLOR'S RENTAL HOMES LP, moves the Court to inquire into the above objections, deny confirmation of the Debtor's plan and to dismiss the case; or in the alternative, lift the stay and allow this case to revert back to the Beaufort County Magistrate Court for a rule to vacate hearing case #2020CV0710400490 to continue and appeal the dismissal or in the alternative allow for the landlord to fil a new rule to vacate to take possession of the property.

Date: 7-1-2020

_Jennifer Taylor Petersen_
Signature (*of the party seeking relief*)