UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

[Enter your name, address and telephone number]

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

FILED
2020 JUL -2  AM 11: 34
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

In Re:
[Enter the debtor's name(s)]

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Case No.: __20-02389__
[Enter the case number]

Chapter: __13__
[Enter the chapter; example: 13]

Hearing Date: _____
[Enter the hearing date]

Judge: _____
[Enter the Judge's last name]

## NOTICE OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

[Enter your name] __JENNIFER TAYLOR PETERSEN FOR TAYLOR'S RENTAL HOMES LP__, the debtor's landlord, has filed papers with the court requesting relief from the automatic stay in order to initiate or resume an action in the state court of SOUTH CAROLINA for possession of the premises rented by the debtor(s) located at:

__1505 QUARTERHORSE ROAD BEAUFORT, SC 29906__

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: _____
[Enter the date of the hearing]

Hearing Time: _____
[Enter the time of the hearing]

Hearing Location: _____
[Enter the location of the hearing]

Courtroom Number: _____
[Enter the courtroom number]

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

JAMES WYMAN CHAPTER 13 TRUSTEE
PO BOX 997
MOUNT PLEASANT, SC 29465

MICHAEL MATTHEWS ATTORNEY
2015 BOUNDARY STREET
SUITE 319
BEAUFORT, SC 29902

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: ____July 1, 2020____        ____Jennifer Taylor Petersen____
*[Enter the date this document is signed]*        Signature *[Of the party seeking relief]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

*[Enter your name, address and telephone number]*

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

FILED
2020 JUL -2 AM 11: 34
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

In Re:
*[Enter the debtor's name(s)]*

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Case No.: __20-02389__
*[Enter the case number]*

Chapter: __13__
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the judge's last name]*

## CERTIFICATION OF LANDLORD IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]* __JENNIFER TAYLOR PETERSEN FOR TAYLOR'S RENTAL HOMES LP__, landlord in the above captioned case, submits this Certification in support of the Motion for Relief from the Automatic Stay filed on *[Enter the date the motion was filed]* __JULY 2, 2020__.

1. I am fully familiar with the debtor's rental payment history because I am the landlord of the property rented by the debtor.

2. The property is located at: *[Enter the address of the property]* __1505 QUARTERHORSE ROAD BEAUFORT SC 29906__

3. The debtor filed for bankruptcy on *[Enter the date the debtor filed their petition]* __JUNE 2, 2020__.

4. Pre-petition *[check one]*:

    ☒ I started an eviction action in the SOUTH CAROLINA state court and a copy of the complaint is attached as Exhibit A, or

    ☐ I did not start an eviction action.

5. Pre-petition *[check one]*:

    ☐ I obtained a Judgment for Possession and a copy of the Judgment is attached as Exhibit B, or

    ☒ I did not obtain a Judgment for Possession

6. I am seeking relief from the automatic stay to *[check all that apply]*:

    ☐ enforce the Judgment of Possession;

    ☒ pursue my state court rights because of the debtor's nonpayment of rent;

    ☐ pursue my state court rights because of debtor's endangerment of the property in the 30 days before the petition date *[explain below]*

    _____
    _____

    ☐ pursue my state court rights because the debtor illegally used, or allowed to be used, controlled substances on the property in the thirty (30) days before the petition date *[explain below]*

    _____
    _____

    ☐ other *[explain]* _____
    _____

7. The amount of the debtor's monthly rental payment is $ 900.

8. Pre-petition, the debtor owed rent totaling $1800_____, which represents unpaid rent for ___(2) TWO_____ months.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

[Enter your name, address and telephone number]

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

FILED
2020 JUL -2 AM 11: 34
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

In Re:
[Enter the debtor's name(s)]

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Case No.: 20-02389
[Enter the case number]

Chapter: 13
[Enter the chapter; example: 13]

Hearing Date: _____
[Enter the hearing date]

Judge: _____
[Enter the Judge's last name]

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with SC CODE ANN 1-23-600(H)(4)(A) it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

THE LANDLORD WILL SUFFER IMMEDIATE, IRREPARABLE HARM WITHOUT INJUNCTION AND THE BALANCE OF EQUITIES DO NOT WEIGH IN FAVOR OF CONTINUING THE STAY. THIS IS NOT A PROPERTY OWNED BY WOODROW RIVERS JR AND IS LEASED WITH A TERM EXPIRING ON AUGUST 26, 2020. THE TENANT OWNS NO EQUITY IN THE PROPERTY AND HAS BROKEN THE LEASE CONTRACT BY NOT PAYING RENT WHEN DUE OR DEMANDED. AT $900 MONTHLY AND THE RENT HAS BEEN UNPAID SINCE APRIL 1, 2020 IN THE AMOUNT OF $900 + MAY 1, 2020 IN THE AMOUNT OF $900 + JUNE 1, 2020 IN THE AMOUNT OF $900 + JULY 1, 2020 IN THE AMOUNT DUE OF $900 + $85 JANUARY 2020 LATE FEES + $65 FEBRUARY 2020 LATE FEE + $155 MAY 2020 LATE FEE + $150 JUNE 2020 LATE FEE.

Date: _____
[Enter date this document is signed]

Signature [Of party seeking relief]

9. The debtor's post-petition payment history is as follows *[Enter requested information for each payment due]*:

|    | Amount Due | Payment Due Date | Date Payment Received | Amount Received | How Payment Was Applied |
|----|------------|------------------|----------------------|-----------------|-------------------------|
| 1  |            |                  |                      |                 |                         |
| 2  |            |                  |                      |                 |                         |
| 3  |            |                  |                      |                 |                         |
| 4  |            |                  |                      |                 |                         |
| 5  |            |                  |                      |                 |                         |
| 6  |            |                  |                      |                 |                         |
| 7  |            |                  |                      |                 |                         |
| 8  |            |                  |                      |                 |                         |
| 9  |            |                  |                      |                 |                         |
| 10 |            |                  |                      |                 |                         |
| 11 |            |                  |                      |                 |                         |
| 12 |            |                  |                      |                 |                         |

10. Post-petition, the debtor owes rent totaling $3600_____, which represents unpaid rent for (4) FOUR_____ months, plus late charges totaling $445_____.

11. The debtor's failure to pay rent is cause for relief from the automatic stay.

12. Through this motion, I request relief from the automatic stay so I may initiate or continue an action in the state court to remove debtor from the rented premises.

I certify under penalty of perjury that the above is true.

Date: ___July 1 2020___                    ___Jennifer Taylor Petersen___
*[Enter the date this document is signed]*            Signature of Landlord

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

[Enter your name, address and phone number]

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

FILED
2020 JUL -2  AM 11: 35
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

Case No.: 20-02389
[Enter the case number]

Chapter: 13
[Enter the chapter of the case]

In Re:
[Enter the debtor's name(s)]

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Hearing Date:
[Enter the hearing date]

Judge:
[Enter the Judge's last name]

## CERTIFICATION OF SERVICE

1. I, JENNIFER TAYLOR PETERSEN FOR TAYLOR'S RENTAL HOMES LP :

    ☐ represent _____, the landlord in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____, the landlord in this matter.

    ☒ am the landlord in this case and am representing myself.

2. On [Enter the date you served the documents] JULY 1, 2020 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    [Place a check next to each document you served]

    ☒ Notice of Motion for Relief from the Automatic Stay

    ☒ Certification of Landlord in Support of Motion for Relief from the Automatic Stay

    ☒ Statement as to Why No Brief is Necessary

    ☒ Proposed Order Granting Motion for Relief from the Stay

    ☒ Other [Explain] EXHIBIT A: RULE TO VACATE FILED WITH THE BEAUFORT COUNTY MAGISTRATE CASE # 2020CV0710400490
    EXHIBIT B: RENTAL PAYMENT LEDGER FOR ENTIRE TENANCY
    EXHIBIT C: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
    EXHIBIT D: NOTICE TO QUIT FOR NON PAYMENT

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 1, 2020__
*[Enter the date you signed this document]*

Signature: __Jennifer Taylor Petersen__
*[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>WOODROW RIVERS JR<br>1505 QUARTERHORSE ROAD<br>BEAUFORT, SC 29906 | *[Enter the party's relationship to the case]*<br><br>DEBTOR & TENANT | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>JAMES WYMAN CHAPTER 13 TRUSTEE<br>PO BOX 997<br>MOUNT PLEASANT, SC 29465 | *[Enter the party's relationship to the case]*<br><br>TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>MICHAEL MATTHEWS ATTORNEY<br>2015 BOUNDARY STREET<br>SUITE 319<br>BEAUFORT, SC 29902 | *[Enter the party's relationship to the case]*<br><br>ATTORNEY | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

Exhibit A

STATE OF SOUTH CAROLINA

Taylor's Rental Homes LP
Plaintiff(s)
482 Parris Island Gateway Lot # 58
Beaufort, South Carolina 29906
843-525-0913

FILED 2020 JUL -2 AM 11:35
US BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

2020CV07 10400490
Civil case number
In Magistrate's Court

VS.

Woodrow Rivers Jr and any & all other parties living in the home
Defendant(s)
**1505 Quarterhorse Rd**
**Beaufort, SC 29906**

Application for Ejectment
(Eviction)

I, **Brenda Taylor for Taylor's Rental Homes LP,** plaintiff in this action, state that I am the Landlord-Lessor of the premises within jurisdiction of the Beaufort County Beaufort Magistrate, which is described as: (address and description of premises-apt. house etc.)

**1505 Quarterhorse Rd**
**Beaufort, SC 29906**

I further state that, with regard to the above described premises, a Landlord - Tenant relationship exists between my self and the defendant(s) **Rivers Jr,** the tenant-lessee as evidence of the following:
* **Lease Attached**

Grounds for this ejectment are one or more of the following:
The terms or conditions of the lease have been violated by the tenant failing or refusing to pay the rent when due or when demanded in the amount of **$900 April rent + $900 May rent + May late + 45 court costs + $433.80 broken window + 85 Jan late + $55 Feb late**

Dated: May 18, 2020

Sworn to before me on this 18-May-20

_____
Magistrate or Notary Public for South Carolina
My Commission expires: Jan 22, 2024

_____
Signature of Plaintiff
(Or Agent / Attorney)

# Taylor's Rental Homes, L.P.

## Account QuickReport

### August 1, 2019 through July 1, 2020

Exhibit B

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Deposit | 08/26/2019 | | 1505 Quarterhorse... | unit 97 | 1000 · Regions | 900.00 |
| Deposit | 09/13/2019 | | 1505 Quarterhorse... | unit 97 | 1000 · Regions | 180.00 |
| Deposit | 10/09/2019 | | 1505 Quarterhorse... | unit 97 | 1000 · Regions | 700.00 |
| Deposit | 10/09/2019 | | 1505 Quarterhorse... | unit 97 | 1000 · Regions | 200.00 |
| Deposit | 11/22/2019 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 900.00 |
| Deposit | 12/06/2019 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 900.00 |
| Deposit | 01/03/2020 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 400.00 |
| Deposit | 01/17/2020 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 500.02 |
| Deposit | 02/19/2020 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 899.98 |
| Deposit | 03/02/2020 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 600.00 |
| Deposit | 03/13/2020 | | 1505 Quarterhorse... | unit 97 | 1001 · Taylor... | 300.00 |

Exhibit C

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Taylor's Rental Homes LP | CASE NO: 20-02389 |
| 482 Parris Island Gtwy #58 | CHAPTER: 13 |
| Beaufort SC 29906 | |
| 843-525-0913 | OBJECTION TO CONFIRMATION |
| | |
| IN RE: Woodrow Rivers Jr | |
| | |
| DEBTOR(S) | |

Comes now, the Chapter 13 CREDITOR AND LANDLORD, JENNIFER TAYLOR PETERSEN FOR TAYLOR'S RENTAL HOMES LP and objects to the Confirmation of the plan for the following reasons.

1. funding the case is not current, and does not include payment plan for payments currently due as well as payments for future time in household until eviction.
2. the applicable commitment period needs to be changed to be paid before the lease expires on August 26, 2020 not 18 months.

Wherefore, the CREDITOR AND LANDLORD, TAYLOR'S RENTAL HOMES LP, moves the Court to inquire into the above objections, deny confirmation of the Debtor's plan and to dismiss the case; or in the alternative, lift the stay and allow this case to revert back to the Beaufort County Magistrate Court for a rule to vacate hearing case #2020CV0710400490 to continue and appeal the dismissal or in the alternative allow for the landlord to fil a new rule to vacate to take possession of the property.

Date: 7-1-2020

Jennifer Taylor Petersen
Signature (*of the party seeking relief*)

# TAYLOR'S RENTAL HOMES

EXHIBIT D

482 PARRIS ISLAND GTWY LOT #58
BEAUFORT, SC 29906
P: 843-525-0913
F: 843-525-9120
E: TAYLORSRENTALHOMES@LIVE.COM
WWW.TAYLORSRENTALHOMES.COM

# NOTICE TO PAY JULY RENT

You are notified that you owe rent in the amount stated below:
UNIT 97 – 1505 QUARTERHORSE ROAD - TENANT WOODROW RIVERS JR

APRIL 1, 2020 IN THE AMOUNT OF $900 + MAY 1, 2020 IN THE AMOUNT OF $900 + JUNE 1, 2020 IN THE AMOUNT OF $900 + JULY 1, 2020 IN THE AMOUNT DUE OF $900 + $85 JANUARY 2020 LATE FEES + $55 FEBRUARY 2020 LATE FEE + $155 MAY 2020 LATE FEE + $150 JUNE 2020 LATE FEE.

    PLUS late fees
Late fees stop on day rent is paid in full (Date paid * $5 late fee = Total late fees due on acct)

**CONTACT US IMMEDIATELY RENT IS PAST DUE & FULL PAYMENT NEEDS TO BE MADE OR THE LEASE WILL BE TERMINATED**

Any questions or concerns regarding this notice? Please call above referenced number.

Signature: *Jennifer Taylor*

Print Name: JENNIFER TAYLOR

Print Title: ASSISTANT PROPERTY MANAGER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

*[Enter your name, address and phone number]*

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

In Re:
*[Enter the debtor's name(s)]*

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Case No.: 20-02389
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: _____
*[Enter the Judge's last name]*

# ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of SOUTH CAROLINA for possession of the debtor's rented premises located at:

_____

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

*[Enter your name, address and phone number]*

TAYLOR'S RENTAL HOMES LP
482 PARRIS ISLAND GATEWAY #58
BEAUFORT SC 29906
843-525-0913

**Authorization For Non-Lawyer Representation**

In Re:
*[Enter the debtor's name(s)]*

WOODROW RIVERS JR
1505 QUARTERHORSE ROAD
BEAUFORT, SC 29906

Case No.: 20-02389

Chapter: 13

Hearing Date: _____

Judge: _____

I, the undersigned, as **Partner/Owner** of **Taylor's Rental Homes LP** authorize **Jennifer Taylor Petersen**, a non-lawyer, to represent this business in the above-titled civil action. I acknowledge that the business is legally bound by all actions undertaken by the representative during the course of the representation, as well as to any judgment of the Court obtained there from.

Sworn to and Subscribed before me
this 2nd day of July, 2020.

_____
Magistrate or Notary Public for South Carolina
My Commission Expires April 5, 2026

Signature: Jennifer Taylor Petersen
Partner/Owner
For Taylors Rental Homes LP

SCCA/761 (Amended 05/2008)

FILED 2020 JUL -2 PM 1:41 US BANKRUPTCY DISTRICT OF SOUTH CAROLINA

UNIT # 97    ADDRESS # 1505 Quarter Horse Road Beaufort SC 29906

## State of South Carolina Residential Rental Lease Agreement

This agreement, made this 26 day of August 2019, between Taylor's Rental Homes LP (Brenda Taylor and/or Jennifer Taylor) hereinafter styled the Landlord, and Woodrow Rivers Jr and La Daisha Royelle Evans Rivers hereinafter styled the Tenant(s).

WITNESS TO:

That the said Landlord does hereby lease unto the said tenant, and the said tenant does hereby lease form the said landlord, without artificial heat, light, or gas home located at 1505 Quarterhorse Rd Beaufort SC 29906. To be used as 1 adult male, 1 adult female, 1 male child residence. To have and to hold the premises described for the term of (12) twelve Months. Said term to commence on the 26 day of August 2019, and to end on the 26 day of August 2020 at a rental of $900 per month nine hundred with 900 deposit paid Stove, Refridgerator, Washer, Dryer hookup, Septic Included + 1 key Included New Carpet New paint, New Linoleum, Central heat + air

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE AS LONG AS YOU RESIDE IN THE HOME. RENT IS DUE ON THE FIRST (1ST) OF EACH MONTH, IF NOT PAID BY THE (5TH) EVICTION WILL BE FILED.** Late fees are $5.00 a day retroactive to the first of the month if not paid by the fifth of the month. Returned checks are charged bank fees plus late fees.

Above referenced rent to be paid in advance on the first day of each and every month during the life of this lease by the Tenant to the Landlord and any and all repairs are to be reported at 482 Parris Island Gateway Lot # 58 Beaufort, SC 29906, only to the office Landlord, Jennifer and/or Brenda Taylor. NO repairs will be deemed sufficient notice if not given in this manner directly to Jennifer and Brenda Taylor ONLY. Maintenance, cleaning and/or any other employee cannot be notified of any repairs, and any communication with any other employee is not sufficient notification of any business relating to the above referenced property. W.R. LR Tenant Initial

AND IT IS AGREED, that a (30) days thirty days notice in writing must be given upon the expiration of the period herein specified, by the landlord to the tenant, of the landlord's desire to have possession of the premises, or like notice to be given by the tenant to the landlord of the tenant's desire to vacate the premises after such expiration. If Tenant remains in possession of the Premises with the consent of Landlord after the natural expiration of this Agreement, a new tenancy from month-to-month shall be created between Landlord and Tenant which shall be subject to all of the terms and conditions hereof except that rent shall be due still on the first of each month and such tenancy shall be terminable upon thirty (30) days written notice served by either party. A copy of **PCS ORDERS** or TAD (six months or longer) will expire this lease contract with a written 30 day notice. Once tenant has given 30 days notice or has chosen to break the lease contract (tenant is responsible for home until home is rented or until the expiration of the lease contract, whichever occurs first) the tenant remains responsible for cleaning the home, any cleaning expenses itemized during inspection, mailing expenses, and changing lock expenses once the inspection has taken place. The deposit will be forfeited if the lease contract is broken before the expiration of lease terms. IF a 30 day notice has been provided, but the tenant fails to appear and turn in keys on the inspection date then possession of the home has not been given to the Landlord from the Tenant, and the tenant will continue to be financially liable for the property until keys are given to the landlord by the tenant and tenant's property is removed from the premises. Pursuant to **SECTION 27-40-730 (d)**, for absence, nonuse, and abandonment; When a dwelling unit has been abandoned or the rental agreement has come to an end and the tenant has removed a substantial portion of his property or voluntarily and permanently terminated his utilities and has left personal property in the dwelling unit or on the premises with a fair-market value of five hundred dollars or less, the landlord may enter the dwelling unit, using forcible entry if required, and dispose of the property. At the time the 30 day notice or breaking the lease document has been signed and a date has been agreed upon for final date of notice and inspection, the landlord has the right to enter the premises with prospective tenants to begin showing the home as of the date that the 30 day notice is given, and the landlord may rent the home for the date the tenant gives us possession. W.R. LR Tenant Initial

AND IT IS AGREED, that neither the said premises or any part thereof shall be assigned, let or under let; or used permitted to be used for any purpose other than that mentioned Tenant shall not allow any other person, even the Tenant's immediate family, transient relatives or friends who are guests of Tenant, to use or occupy the Premises without first obtaining Landlord's written consent to such use. Tenant shall comply with any and all laws, ordinances, rules and orders of any and all governmental or quasi-governmental authorities affecting the cleanliness, use, occupancy and preservation of the Premises. Including, but not limited to county codes & ordinances & permit approvals for storage sheds; litter & vehicles. The manufactured home community contains lots that may be rented for either manufactured home or recreational vehicle use.

AND IT IS AGREED; Tenant shall not assign this Agreement, or sub-let or grant any license to use the Premises or any part thereof without the prior written consent of Landlord. An assignment, sub-letting or license without the prior written consent of Landlord or an assignment or sub-letting by operation of law shall be null and void and shall, at Landlord's option, terminate this Agreement.

AND IT IS AGREED, Tenant will, at its sole expense, keep and maintain the Premises and appurtenances in good and sanitary condition and repair during the term of this Agreement and any renewal thereof. Without limiting the generality of the foregoing, Tenant shall: Not obstruct the driveways, sidewalks, courts, entry ways, stairs and/or halls, which shall be used for the purposes of ingress and egress only; Keep all windows, glass, window coverings, doors, locks and hardware in good, clean order and repair; Not obstruct or cover the windows or doors; Not leave windows or doors in an open position during any inclement weather; Not hang any laundry, clothing, sheets, etc. from any window, rail, porch or balcony nor air or dry any of same within any yard area or space; Not cause or permit any locks or hooks to be placed upon any door or window without the prior written consent of Landlord; Keep all air conditioning filters clean and free from dirt; Tenant must keep around the a/c sprayed for ants. If ants get into a/c tenant will pay for the damage. The a/c filter must be changed at minimum of once every 30 (thirty) days. Keep all lavatories, sinks, toilets, and all other water and plumbing apparatus in good order and repair and shall use same only for the purposes for which they were constructed. Tenant is responsible for any inside drainage, and is to keep grease and any foreign objects form being disposed in the drain lines. (Tampex, Kotex etc.) Tenant shall not allow any sweepings, rubbish, sand, rags, ashes or other substances to be thrown or deposited therein. Any damage to any such apparatus and the cost of clearing stopped plumbing resulting from misuse shall be borne by Tenant; Tenant's family and guests shall at all times maintain order in the Premises and at all places on the Premises, and shall not make or permit any loud or improper noises, or otherwise disturb other residents; **THE DISCHARGE OF FIREWORKS IS PROHIBITED AND VIOLATORS WILL BE PROSECUTED.** There is not to be any space heaters allowed in home and the lent traps on the inside of dryer and outside dryer line

UNIT # 97    ADDRESS # 1505 Quarter House Rd Beaufort SC 29906

must be cleaned regularly. There is to be no drinking or loitering in the common area i.e. (driveways, streets, roads, sidewalks, open fields); There is to be no walking, driving, or cutting across another person's yard – all sidewalks, streets and roadways must be adhered to when walking or driving and must not loiter i.e. (go directly from point A to point B no lingering along the way). There is to be no removal of any person's property whether it be from (moving in, moving out, eviction, or outdoor furniture etc.) of another person's residence, whether it be on the yard, near the home or near the street. It is not permissible for any tenant or guest of tenant to indecently expose their selves to any employee or resident of this establishment. If any loitering, trespass or disturbances occurs by guests of tenants OR tenants, a trespass notice will be issued and an eviction will follow. Keep all radios, television sets, stereos, phonographs, etc. turned down to a level of sound that does not annoy or interfere with other residents. Trash is the tenant's responsibility for removal. No TRASH may be left outside or in the storage. Deposit all trash, garbage, rubbish or refuse at the Garbage Convenience Center provided by Beaufort County at (130 Castle Rock Rd, Beaufort SC 29906), and do not allow any trash, garbage, rubbish or refuse to be deposited or permitted to stand on the exterior of any building or within the common elements. The tenant is responsible for keeping the home exterminated, the landlord makes sure it is exterminated prior to move in and is no longer responsible for pest control once the tenant inhabits the residence. _W.R._ _L.R._ Tenant Initials

AND IT IS AGREED, Tenant shall not keep on the Premises any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the Premises or that might be considered hazardous or extra hazardous by any responsible insurance company. That the tenant shall on demand reimburse for all breakage of glass or to any fixture or appurtenances, excepting such as are produced by accidental fire or natural decay. IF the tenant contributed to the accidental fire by not maintaining safe use of household items, (i.e. clean the inside lent trap and outside vent in the dryer; do not use space heaters; use caution when cooking, especially with grease, & the usage of fireworks) then the tenant IS responsible for any damage that occurs and IS financially liable to either fix the damage at their expense or reimburse the landlord for any and all repairs resulting from such neglect or carelessness. Tenant shall not make any alterations, additions, or improvements on said premises without the written consent of the landlord, and all alterations, additions and improvements made upon the said premises shall be the property of the landlord; and the tenant shall at the tenant's expense repair all gas, electric and heating fixtures, and also all plumbing when damaged as the results of freezing pipes or fixtures, or any neglect or carelessness of any person or persons on said premises. The tenant is responsible for any injuries, whether they be a tenant's, guest's or any other third party, the tenant is responsible for seeking medical attention and any and all expenses (hospital, medicine, etc) for any injuries or damages done during the tenant's tenancy on the said premises. The residence has one main accessible front door entryway, the secondary door in rear of mobile home is not to be used for daily ingress/egress and is for emergency exit ONLY.

AND IT IS AGREED, for the landlord to terminate this lease, and re-enter and forthwith repossess all and singular the said premises without hindrance if default be made in the payment of rent at the time above specified, or if default shall be made in the performance of any of the provisions or agreements herein set forth , or if the tenant shall become insolvent or vacate the premises, that then the entire rent that would accrue for the unexpired term shall be at once become due and payable to the Landlord; and it shall be or prejudice to his right to distain for all rent that may be due; but the collection by the landlord of rent for the unexpired term shall be entitle the tenant to all the tenants rights under this agreement during the period for which the rent may have been collected.

AND IT IS AGREED, That the Landlord has provided a smoke detector in the home and it is the tenant's responsibility to maintain the smoke detectors by replacing batteries or the smoke detector as needed while living in the home. NO satellite dishes can be mounted on the home, but attached to a pole. If a satellite is attached to home, damage fees and removal fees will incur up to $300 _W.R._ _LR_ Tenant Initials

AND IT IS AGREED, That the Landlord shall have the right at the Landlord's discretion during reasonable hours (Monday – Friday 7:30 am to 5 pm), to enter in person or by the Landlords agent, and also the tenant be liable for any damage suffered during the lease term by or to any person or property while on said premises, and the destruction of the said premises by fire shall terminate this agreement.

NO PETS…. THE TENANT UNDERSTANDS NO PETS – THE LANDLORD WILL REMOVE ANY ANIMAL FROM THE PREMISES AND DELIVER ANIMAL TO THE BEAUFORT COUNTY ANIMAL SHELTER. THE TENANT IS LIABLE FOR ANY DAMAGES AND WILL PAY A $300 UNAUTHORIZED PET FEE EVEN IF IT IS DISCOVERED THE ANIMAL WAS IN THE HOME ONE HOUR. NOT EVEN A VISITOR MAY BRING AN ANIMAL ON THE PREMISES. EVICTION WILL FOLLOW _W.R._ _LR_ Tenant Initials

AND IT IS AGREED, that the terms of the forgoing lease shall not be modified without the consent of the parties hereto.

AND IT IS AGREED, the tenant is to return a check in list and leave the home in the same condition as they received it. No nail holes are allowed in the gloss surfaces. No wall mounted fixtures (tv's, shelves, tv stands etc) are allowed. Home must be returned clean.

AND IT IS AGREED, the tenant is responsible for keeping the yard mowed once every seven days during season, if the yard is not mowed, then no notice will be given, and tenant will be charged for any mowing the landlord does. The home and surrounding grounds must be kept neat at all times; any equipment for maintaining the yard is the tenant's responsibility. NO overhauling of car parts, motors and no unsightly debris may be left in the yard. Check with the landlord or Agent before digging or planting in the yard. NO vehicles other than those registered will be allowed to remain on the property or they will be towed at owner's expense.

AND IT IS AGREED, Illegal or unlawful drugs/activity and suspicions of such will not be tolerated and the landlord will contact the Beaufort County's Sheriff Office to notify them of any and all suspicious activity coming from, near or around the property and also proceed with a rule to vacate immediately. Tenant may not park in the yard, anyone parking other than driveway will be charged $25.00 each time the vehicle is not parked in driveway. You may parallel park to the street if extra parking is necessary. Tenant is responsible for renters insurance. Landlord is not responsible for the tenants personal property, nor the liability for bodily injury to someone on, in or near their premises. It is the tenants responsibility and liability if he/she brings any personal belongings such as pool, trampolines etc. The tenant is responsible for any death or injury that may occur on their property while renting. Per Beaufort County Outdoor Burning Ordinance 2011/31, it is illegal to burn within 75 ft of any structure or road. Please do not have any burn barrels, rings or open fires around the home. Any park rules, exhibits, addendums and/or attachments for the landlord become herein a part of the lease contract. Abide by and be bound by any and all rules and regulations affecting the Premises or the common area appurtenant thereto. Landlord is not responsible for any damage done to tenant's belongings in lawn caused from yard maintenance, nor responsible for glass sliding screen doors, window screens, or mailboxes. _W.R._ _LR_ Tenant Initials

LANDLORD: Sign: _Jennifer Taylor_    Print: _Jennifer Taylor_    Date: _8-26-19_
TENANT: Sign: _[signature]_    Print: _Woodrow Rivers Jr_    Date: _8/26/19_
TENANT: Sign: _LoDaisha Rivers_    Print: _LoDaisha Rivers_    Date: _8/26/19_